IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA

CASE NO. 3:22-cv-02819

HANFORD FARRELL III, and )
BRETT FINKELSTEIN, )
)
    Plaintiffs, )
)
v. )
)
SEAN PATRICK PAYTON, and )
SKYLENE MONTGOMERY, )
)
    Defendants. )

### NOTICE OF LIS PENDENS

**TO DEFENDANTS SEAN PATRICK PAYTON, SKYLENE MONTGOMERY, AND ALL OTHERS WHOM IT MAY CONCERN:**

    **YOU ARE NOTIFIED OF THE FOLLOWING:**

    (a)    The Plaintiffs have instituted this action against you seeking declaratory and injunctive relief in connection with respect to the property described below:

    (b)    The Plaintiffs in this action are:

        (1)    HANFORD FARRELL III, and

        (2)    BRETT FINKELSTEIN.

    (c)    The date of the institution of this action is March 3, 2022.

    (d)    The property that is the subject matter of this action is in Walton County, Florida, and is described as follows:

> **Lot 5, Block NN, ALYS BEACH PHASE 2B, according to the Plat thereof, as recorded in Plat Book 16, Page(s) 81, of the Public Records of Walton County, Florida.**
>
> **Parcel ID: 26-3S-18-16420-0NN-0050**
>
> **[13 La Garza Court, Alys Beach, Florida 32461]**

**Along with:**

**All furnishings and personal property located at 13 La Garza Court, Alys Beach, FL, excluding the "Coming in Hot" art in the living room.**

DATED on March 4, 2022.

        **BILZIN SUMBERG BAENA PRICE & AXELROD LLP**
        1450 Brickell Avenue, 23rd Floor
        Miami, Florida 33131-3456
        Telephone:  (305) 350-7234
        Direct Fax:  (305) 351-2195

        By: */s/ Adrian K. Felix*
            Adrian K. Felix, Esq.
            Florida Bar No. 30846
            afelix@bilzin.com
            mavin@bilzin.com
            Stephanie Koutsodendris, Esq.
            Florida Bar No. 123583
            skoutsodendris@bilzin.com
            asolis@bilzin.com
            eservice@bilzin.com

        *Attorneys for Plaintiffs*