## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

**HANFORD FARRELL, III** and
**BRETT FINKELSTEIN**,

      **Plaintiffs**,

**v.**　　　　　　　　　　　　　　　　**Case No. 3:22cv2819-TKW-HTC**

**SEAN PATRICK PAYTON** and
**SKYLENE MONTGOMERY**,

      **Defendants**.
_____/

## ORDER OF DISMISSAL

      Based on the joint stipulation of dismissal with prejudice (Doc. 20), it is

**ORDERED** that this case is dismissed with prejudice pursuant to Fed. R. Civ. P.

41(a)(1)(A)(ii) and the Clerk shall close the case file.

      **DONE and ORDERED** this 6th day of June, 2022.

*T. Kent Wetherell, II*
_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**